UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
       Plaintiff, )
   )
   )
   )   Criminal Docket Number:
   )   90-10313-19-S (WJS)
V.   )
   )
   )
   )
   )
EDWIN CARMICHAEL, et al. )
       Defendant. )
_____/

**DEFENDANT'S MOTION TO CORRECT JUDGMENT
PURSUANT TO RULE 36 OF RULES OF CRIMINAL PROCEDURE**

Edwin Carmichael
Defendant, Pro Se

c/o FCI Ray Brook
P.O. Box 9008
Ray Brook, New York
12977-9008

Upon the annexed document, marked as an EXHIBIT "A", page 2 of Judgment in Criminal Case, and pursuant to Rule 36 of the Rules of Criminal Procedure, the defendant respectfully request the correction of Judgment to reflect the Court's intent to award defendant with time served from 10/12/89.

### STATEMENT OF FACTS

Defendant Edwin Carminchael was sentenced by the Honorable Judge Walter Jay Skinner, USDJ, in the District of Massachusetts, to a term of 262 months imprisonment and was committed to the Federal Bureau of Prisons to serve the said sentence with instruction, which included in the Judgment and Committement, and read as follow:

> "The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>two hundred and sixty two (262) months</u>, **said sentence shall run concurrent with state sentence now being served. <u>The defendanta shall receive credit for time served 10/12/89 to present.</u>**  See Judgment Exhibit "A"

When Defendant committed to the Federal Bureau of Prisons they **<u>DID NOT HONOR THE COURT'S INSTRUCTION</u>**, claiming that the Judgment and Committement must read as follow:
[This sentence is pursuant to the United States Sentencing Guidelines (USSG) §5G1.3.(b), and application note #2., and the Judgment herby granting credit fot the undischarged Massachusetts State sentence, and offense(s) concluded on October 12, 1989.]

- 2 -

The Federal Bureau of Prisons based their refusal to honor the Honorable Court instructions as indicated on the Defendant Judgment and Committement on the <u>clerical error in the judgment</u> in this case, and they are requesting the Court (Sentencing Court) to correct the Judgment to reflect the Court's intent when sentencing the Defendant in this case.

### CONCLUSION

The Defendant, respectfully, request this Honorable Court to correct the Judgment in this case to reflect the Court's intent to award the Defendant with the time served from 10/12/1989, in accordence with U.S.S.G. §5G1.3.(b)., toward the Federal Sentence in this case.

OR any other relief the Court may deem Just and Proper.

Dated: Ray Brook, New York
August 11, 2004

Respectfully submitted

*Edwin Carmichael*
Edwin Carmichael
Defendant, Pro Se

- 3 -