UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,                  :
                              PLAINTIFF :
                                           :
           -V.-                            :
                                           :     Criminal Docket No.
                                           :     04-11962(WGY)
EDWIN CARMICHAEL, ET AL.,                  :
                                           :
                    DEFENDANT.             :
_____           :

—                    ___NOTICE OF APPEAL___

       Notice is hereby given that Edwin Carmichael, Defendant

in the above named case hereby appeal to the United States

Court of Appeals for the First Circuit from the dismissal

of Defendant's Rule 36 Motion, and the Court's Violation

of the Due Process of Defendant, the Court order was

entered in this action of the _3rd._ day of _November, 2004._

Executed on December 2, 2004

                              _Edwin Carmichael_
                              Edwin Carmichael,
                              Defendant, Pro Se




VIA CERTIFIED MAIL 7004 0550 0001 1638 3825

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of December, 2004,

I caused to be mailed a copy of the foregoing Notice of

Appeal to the person and the address below, by sending

a true copy in sealed envelope fully prepaid with postage

and was mailed by Certified Mail No. 7004 0550 0001 1638 3832

and by placing the same at the post office Box located at

the Housing Unit of FCI Ray Brook., as follow:


                    United States Attorney's Office
                    Rachel E. Hershfang, Esq.
                    Assistant U.S. Attorney
                    1 Courthous Way
                    Suite 9200
                    Boston, MA 02210


I declare under the penalty of perjury that the foregoing
is true and correct.  Executed on December 2nd, 2004.


                              _Edwin Carmichael_
                              Edwin Carmichael