# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11962

Edwin Carmichael, et al.,

v.

United States of America

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/6/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 29, 2004.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/29/04.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11962-WGY

Carmichael v. United States of America  
Assigned to: Chief Judge William G. Young  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 08/25/2004  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

--------------------------

**Edwin Carmichael**     represented by   **Edwin Carmichael**  
FCI Raybrook  
P.O. Box 9008  
Raybrook, NY 12977-9008  
PRO SE

V.

**Respondent**

--------------------------

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) , filed by Edwin Carmichael.(Bell, Marie) (Entered: 09/15/2004) |
| 08/25/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Bell, Marie) (Entered: 10/05/2004) |
| 10/07/2004 | 2 | RESPONSE to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America. (Hershfang, Rachel) (Entered: 10/07/2004) |
| 10/15/2004 |  | Judge William G. Young : ORDER entered ORDER DISMISSING CASE "Case dismissed for the reasons set forth in the government's memorandum(#2). The defendant has misconceived his remedy. He |

| | | |
|---|---|---|
| | | must first exhaust his administrative remedies within the prison system." cc/cl(Smith, Bonnie) (Entered: 10/15/2004) |
| 10/28/2004 | | MOTION for Reconsideration re Order Dismissing Case, by Edwin Carmichael.(Smith, Bonnie) (Entered: 10/28/2004) |
| 11/03/2004 | | Judge William G. Young : ELECTRONIC ORDER entered denying [] Motion for Reconsideration re Order Dismissing Case, (Smith, Bonnie) (Entered: 11/03/2004) |
| 12/06/2004 | 3 | NOTICE OF APPEAL as to 11/3/04 Order on Motion for Reconsideration by Edwin Carmichael. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/27/2004. cc/cl.(Bell, Marie) (Entered: 12/09/2004) |