United States District Court

District Of Massachusetts

Edwin carmichael, Petitioner

V.

United States, respondent

## Motion To Withdraw Rule 30 Motion

## That Was Recharacterize as 2255 Motion

The Petitioner Edwin Carmichael moves this court to withdraw his rule 30 motion that has been recharacterize as a 2255 motion which is now before the district court for a certificate of appealability. The petitioner further moves this court to withdraw motion wihout prejudice towards the petitioner and any future proceedings.

respectfully Submitted

Edwin carmichael 18238-038
federal Correctional Inst.
P.O. Box 9008
Ray brook N.Y. 12977

CERTIFICATE OF SERVICE

   This is to certify that I have this day served upon Rachel Hershfang at the united states attorney office 1 u.s. Courthouse John Joseph Moakely One Courthouse Way Boston Ma. 02210 a copy of the foregoing document by depositing in the instituional mail box with sufficent postage.


      this 28th day of febuary 2005


Pursuant to and in accordance with 28 U.S.C. 1746

                              Edwin Carmichael 18238-038
                              P.O. BOX 9008
                              Ray brook N.Y. 12977