# United States Court of Appeals
## For the First Circuit

No. 05-1023
DC No. 04-11962

04-11962
Honorable William
G. Young

2005 MAY 23  P 6: 17
FILED IN CLERK'S OFFICE
US COURT OF APPEALS

EDWIN CARMICHAEL
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

JUDGMENT
Entered: April 7, 2005

Upon consideration of appellant's letter treated as a motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed.R.App.P. 42(b).

By the Court:

Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 5/23/05

[cc: Messrs. Carmichael, Sullivan, Ms. Hershfang, Ms. Chaitowitz]